UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHARON MCGRIFF,

      Plaintiff,

v.                                       Case No. 3:21-cv-778-MMH-MCR

CRAIG STEVENS, JR. and
TYVE, LP,

      Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 24; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on May 10, 2022. In the Report, Judge Richardson recommends that Plaintiff's Motion and Memorandum in Support of Default Judgment Against Defendant Craig Stevens, Jr. (Dkt. No. 16) be denied without prejudice. See Report at 3. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to

conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 24) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion and Memorandum in Support of Default Judgment Against Defendant Craig Stevens, Jr. (Dkt. No. 16) is **DENIED without prejudice** to refiling at the appropriate time.

**DONE AND ORDERED** in Jacksonville, Florida, this 26th day of May, 2022.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties